UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

REO BRYANT et al.,

        Plaintiff,

v.

CONNIE HORTON et al.,

        Defendants.

_____/

Case No. 2:20-cv-131

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiffs' action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

Dated:   September 1, 2020            /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge